

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2014

No. 04-14-00504-CR

Roberto **ROSAS**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 13-CRS-256
Honorable Marisela Saldana, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on August 27, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle, Clerk